UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: )<br>)<br>KRAIG S. SULLIVAN and )<br>)<br>DONNA L. SULLIVAN, )<br>)<br>      Debtors, )<br>_____) <br>)<br>WACHOVIA MORTGAGE FSB, )<br>as successor to Wachovia Mortgage )<br>Corporation, )<br>)<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEMS, INC., )<br>)<br>GLASSER & GLASSER, P.L.C., and )<br>)<br>TRSTE, INC., )<br>)<br>      Movants, )<br>)<br>v. )<br>)<br>KRAIG S. SULLIVAN and )<br>)<br>DONNA L. SULLIVAN, )<br>)<br>      Debtors/Respondents, )<br>)<br>_____) | Case No. 09-18772-RGM<br>Chapter 11 |

**AGREED ORDER GRANTING MOTION
FOR RELIEF FROM AUTOMATIC STAY**

       This matter is before the Court on the Motion for Relief from Automatic Stay filed by movants Wachovia Mortgage FSB, as successor to Wachovia Mortgage Corporation; Mortgage Electronic Registration Systems, Inc.; Glasser & Glasser, P.L.C.; and TRSTE, Inc. (collectively, the "Movants"). Counsel for Movants and counsel for Debtors Kraig S. and Donna

L. Sullivan having advised the Court that they have agreed upon and consented to this Motion, as is evidenced by the signatures of their respective counsel appearing below; and it appearing in the best interests of justice to do so, it is hereby

**ORDERED AND AGREED**, as follows:

1. Pursuant to 11 U.S.C. § 362(d)(2), the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated effective immediately as to the lawsuit currently pending in the U.S. District Court for the Eastern District of Virginia, Alexandria Division (styled *Kraig S. Sullivan,* et al. *v. Deutsche Bank Trust Company Americas as Trustee,* et al., Civil Action No. 1:09-cv-1068 (GBL/JFA) (E.D. Va.)) (the "Lawsuit") and involving possession and ownership of that certain real property located at 98 Peacock Station Drive, Fredericksburg, Virginia 22406 (the "Property").

2. It is further Ordered and Agreed that, if the Lawsuit is resolved in favor of the Movants, the Movants may exercise their non-bankruptcy rights and remedies with respect to the Property, including, without limitation, the right to file a lawsuit to obtain possession of the Property and/or eject Debtors from the Property (i.e., unlawful detainer), or dispose of the Property in a manner consistent with any valid loan documents and applicable non-bankruptcy law without seeking leave from the automatic bankruptcy stay from this Court. Nothing in this Order shall prevent Debtors from opposing any action filed by Movants.

3. Notwithstanding the provisions of Fed. R. Bankr. Pro. 4001(a)(3) the Court expressly determines that there is no just reason for delay, and that this Order shall take effect immediately.

_____                    _____
Date                                                                    United States Bankruptcy Judge

| I ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| _____/s/ Jon S. Hubbard_____<br>Jon S. Hubbard, Esquire<br>Virginia State Bar No. 71089<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1406<br>Facsimile: (804) 698-5186<br>E-mail: jon.hubbard@troutmansanders.com<br><br>*Counsel for Movants Wachovia Mortgage FSC,*<br>*as successor to Wachovia Mortgage Corporation,*<br>*Mortgage Electronic Registration Systems, Inc.,*<br>*Glasser & Glasser, P.L.C. and TRSTE, Inc.* | _____/s/ Robert Easterling_____<br>Robert Easterling<br>2217 Princess Anne St., Ste. 100-2<br>Fredericksburg, VA 22401<br>Email: eastlaw@easterlinglaw.com<br><br>*Counsel for Debtors* |

1923248v1