# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:

Kraig and Donna Sullivan,   Case No. 09-18772-RGM
                            Chapter 11

Debtor.

## ORDER TO FILE DISCLOSURE STATEMENT AND PLAN

This matter came before the court on the motion of the United States Trustee to dismiss or convert this case to a case under chapter 7.

It appearing that the parties have agreed to set a date certain for the filing of a plan and disclosure statement and to continue the hearing on this motion, it is hereby:

Ordered that the debtor shall file a disclosure statement and plan of reorganization by no later than **Monday, June 14, 2010.**

Ordered that the debtor shall, in accordance with the court's calendar and Rule 2002(b) of the Federal Rules of Bankruptcy Procedure, schedule a hearing to consider the approval of the disclosure statement at the earliest date available;

Ordered that the debtor shall, in accordance with Rule 2002(b) of the Federal Rules of Bankruptcy Procedure, give the United States Trustee, all creditors, parties in interest, and indentured trustees not less than 28 days' notice by mail of the time fixed for filing objections and the hearing to consider the approval of the disclosure statement;

Ordered that hearing on the motion of the United States Trustee to dismiss or convert this case to a case under chapter 7 of the Bankruptcy Code is continued to **Tuesday, June 22, 2010, at**

Office of United States Trustee
Jack Frankel, Attorney
115 South Union Street
Alexandria, VA 22314
(703) 557-7229

**11:00 a.m.**

Ordered that a copy of this order shall be served by the clerk, or notice given electronically of its entry, to the parties listed below.

Date:_____

                                                Robert G. Mayer
                                                Bankruptcy Judge

                                                Entered on Docket_____

I Ask For This:

W. Clarkson McDow, Jr.
United States Trustee

/s/ Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 South Union Street
Alexandria, VA 22314
(703) 557-7229

Seen and Agreed:

/s/ Robert Easterling      (By Permission)
Robert Easterling, Esq.
2217 Princess Anee St., Suite 100-2
Fredericksburg, VA 22401
(703) 373-5030

cc:

Serve Electronically:

United States Trustee
Robert Easterling, Esq.

Certificate of Service

I hereby certify that on the 26th day of April, 2010, I electronically mailed a true copy of this proposed order to Robert Easterling, Esq., eastlaw@easterlinglaw.com.

                                                /s/ Jack Frankel

Jack Frankel