**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

KRAIG SCOTT SULLIVAN            Case No. 09-18772-RGM
DONNA LYNN SULLIVAN             Chapter 11

      **Debtors**

**SUMMARY OF BALLOTS
FOR AMENDED PLAN OF REORGANIZATION OF
KRAIG SCOTT SULLIVAN AND DONNA LYNN SULLIVAN**

Kraig Scott Sullivan and Donna Lynn Sullivan (the "Debtors"), by counsel, hereby file their Summary of Ballots for their Amended Plan of Reorganization dated August 6, 2010, and state as follows:

**Summary**

| Voting Class[1] | Votes Accepting | Votes Rejecting | Class Vote Percentage Accepting | Class Vote Percentage Rejecting |
|---|---|---|---|---|
| Class 1 – Union (Secured) | | 1 | | 100% |
| Class 2 – Union (Secured) | | 1 | | 100% |
| Class 3 – Union (Secured) | | 1 | | 100% |
| Class 12 – Unsecured Claims | 8 of 8 | | 100% | |

The following is a restatement of ballots received and classes that have accepted or rejected the plan:

    Class 1 – Impaired Secured Claim of Union First Market Bank – Rejected by voting.
    Class 2 – Impaired Secured Claim of Union First Market Bank – Rejected by voting.
    Class 3 – Impaired Secured Claim of Union First Market Bank – Rejected by voting.
    Class 4 – Impaired Secured Claim of Stellar One Bank – No vote cast.
    Class 5 – Impaired Secured Claim of Stellar One Bank – No vote cast.
    Class 6 – Impaired Secured Claim of Stellar One Bank – No vote cast.
    Class 7 – Impaired Secured Claim of PNC Bank – No vote cast.
    Class 8[1] – Impaired Secured Claim of GMAC – No vote cast, stated approval of original

---

[1] GMAC is the sole member of Class 8 which is an impaired class (Secured). GMAC, by counsel, indicated its approval of Debtors' original Chapter 11 Plan filed on June 14, 2010. GMAC did not vote by casting a ballot on the Amended Chapter 11 Plan.

Chapter 11 Plan by e-mail from Counsel for GMAC to the Attorney for the Debtors.
    Class 9 – Unimpaired Secured Claim of GMAC – Deemed to Accept.
    Class 10 – Unimpaired Secured Claim of Wells Fargo/Wachovia – Deemed to Accept.
    Class 11 – Unimpaired Other Priority – Deemed to Accept.
    Class 12 – Impaired Unsecured Creditors - Accepted by Voting.
.
    The ballots that were received are as follows:

| Name | Class | Amount of Claim | Accept | Reject |
|---|---|---|---|---|
| Union First Market Bank | 1 | 276,902.29 | | X |
| Union First Market Bank | 2 | 296,747.66 | | X |
| Union First Market Bank | 3 | 378,692.12 & 100,000.00 | | X |
| American Express | 12 | 2,130.78 | X | |
| American Express | 12 | 1,639.41 | X | |
| Creditors Bkcy Service | 12 | 398.06 | X | |
| Quarles Petroleum | 12 | 1,294.71 | X | |
| Rappahannock Pediatric | 12 | 245.00 | X | |
| Verizon | 12 | 327.22 | X | |
| Verizon Online | 12 | 165.27 | X | |
| Verizon Wireless | 12 | 1,416.08 | X | |

                              /s/Robert B. Easterling_____
                              Counsel for Kraig Scott Sullivan
                              And Donna Lynn Sullivan

Robert B. Easterling, Esquire
Va State Bar No. 15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, Virginia 22401
(540) 373-5030
Fax (540) 373-5234
Attorney for Kraig Scott Sullivan and Donna Lynn Sullivan

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 23, 2010 the foregoing was served electronically on the Debtors, the Office of the U.S. Trustee, and all parties requesting such notice.

                              /s/Robert B. Easterling_____
                              Robert B. Easterling