## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: Kraig Scott Sullivan ) | |
| Donna Lynn Sullivan ) | Bankruptcy No. 09-18772-RGM |
| Debtor ) | Chapter 11 |

**StellarOne Bank**                    )
                                                           )
     **Movant**                        )
                                                           )
**v.**                                              )
                                                           )
**Kraig Scott Sullivan**              )
**Donna Lynn Sullivan**          )
                                                           )
     **Respondents**              )
                                                           )

### ORDER CONFIRMING TERMINATION OF AUTOMATIC STAY

Upon consideration of the motion of StellarOne Bank to confirm that the automatic stay has been terminated, pursuant to the terms of the Order Conditioning Relief From Stay entered by this Court on August 25, 2010, it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is TERMINATED as of October 30, 2010, and the movant and its successors and assigns to may enforce the lien of its deed of trusts as it pertains to the real properties located at 103 Truslow Rd, Fredericksburg, VA and 507 Weedon Street, Fredericksburg, Virginia, or take such other action pursuant to its rights according to state law; and is more particularly described as follows:

_____
Proponent of Order
Matthew D. Huebschman, Esq. (VSB# 44181)
    Of Counsel to Movant
SHENANDOAH LEGAL GROUP, P.C.
P.O. Box 75
Roanoke, VA  24002-0075

103 Truslow Rd, Fredericksburg, VA:

All that certain tract or parcel of land, together with all buildings and improvements thereon and privileges thereto attached, situate, lying and being in Falmouth District (formerly Hartwood District), Stafford County, Stafford County, Virginia on Route 652 known as Truslow Road, and bing described as Tract "A" on the plat of a re-survey of Lots 18,19,20 and 21 of Fall Run park, prepared by J.C. Russell, C.S. dated May 26, 1958, a copy of which plat is recorded in the Clerk's Office of the Circuit Court of Stafford County, Virginia, in Deed Book 137, page 427

and 507 Weedon Street, Fredericksburg, Virginia, and is more particularly described as follows:

PARCEL ONE: All that certain lot or parcel of land, situate, lying and being in the City of Fredericksburg, Virginia, containing 1,897 square feet and more particularly shown and described as Parcel "A" on Plat of Subdivision and Property Line Adjustment dated January 26, 1998, prepared by Darrell M. Caldwell, which plat is duly recorded in the Clerk's office of the Circuit Court of the City of Fredericksburg, Virginia in Plat Book 9, pages 128 and 129.

PARCEL TWO: All that certain lot or parcel of land, situate, lying and being in the City of Fredericksburg, Virginia, containing 90 square feet and more particularly shown and described on Plat H. Aubrey Hawkins Associates, dated March 11, 1009, which plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Fredericksburg, Virginia, with Deed in Deed Book 311,. Page 469.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state lase, as may be necessary, to obtain possession of the property. With respect to the Movant's interest in the property located at 1907 Charles Street, Fredericksburg, Virginia, the Motion to Confirm Termination of the Automatic Stay shall be continued by agreement of the parties until February 9, 2011, at 2:00 p.m.

    DONE at Alexandria, Virginia, this _____ day of Febraury, 2011.

                                                        _____
                                                        United States Bankruptcy Judge

I ask for this:

*/s/ Matthew D. Huebshman*
Matthew D. Huebschman, Esq. VSB. 44181
 Of Counsel to Plaintiff
SHENANDOAH LEGAL GROUP, P.C.
Post Office Box 75
Roanoke, Virginia  24002

Seen:

*/s/ Elizabeth Lynch, Esq.*
Elizabeth Lynch, Esq.
Counsel for Gordon P. Peyton, Trustee
P.O. Box 25456
Alexandria, VA 22313-5456

Copy to:
Matthew D. Huebschman
P O Box 75
Roanoke, VA 24002

Robert Easterling
2217 Princess Anne St., Ste. 100-2
Fredericksburg, VA 22401
(540)373-5030

Elizabeth Lynch, Esq.
P.O. Box 25456
Alexandria, VA 22313-5456

Gordon P. Peyton, Trustee
P.O. Box 25456
Alexandria, VA 22313-5456

Copy Mailed to:

Kraig Scott Sullivan
98 Peacock Station Road
Fredericksburg, VA 22406-5138




Donna Lynn Sullivan
3115 Linden Avenue

Fredericksburg, VA 22401-0000

CERTIFICATE OF SERVICE AND ENDORSEMENT

I, Matthew D. Huebschman, Esq., certify that

[ x ]     Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid this 10th day of February, 2011.

[ ]     Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[ ]     Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

*/s/ Matthew D. Huebschman*
Matthew D. Huebschman, Esq.